IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KUNTERRIUS WOODARD,

    Plaintiff,

v.

BRIAN ADAMS; FNU MCFARLAND; FNU JOHNSON; FNU BENNETT; FNU CHEESEBORO; FNU MCDANIEL; TIMOTHY C. WARD; and TRACY HILTON,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-120

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 25, 2021, Report and Recommendation, (doc. 20), to which Plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Court **DISMISSES** all claims against defendants Adams, McFarland, Hilton, and Ward. The Court also **DISMISSES** all claims arising under Georgia state law and claims for monetary damages brought against Bennett, Cheeseboro, Johnson, and McDaniel in their individual capacities.

**SO ORDERED**, this 29th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA